IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 9 KINGS HONG KONG LIMITED,<br><br>  *Plaintiff*,<br><br>v.<br><br>BEYOND MASKS, LLC,<br>SCHIMEON A. FREDERICK, JR., and<br>JASON MAY,<br><br>  *Defendants*. | Civil Action No. 9:21-81109-DMM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory P. Hansel, Esq. of Preti, Flaherty, Beliveau & Pachios, LLP hereby enters his appearance as counsel for Plaintiff, 9 Kings Hong Kong Limited. Please furnish the undersigned counsel, Gregory P. Hansel, Esq., with copies of all orders, notices, pleadings, motions, and correspondence regarding this proceeding from this date forward.

Dated:  July 6, 2021        Respectfully submitted,

                /s/ Gregory P. Hansel_____
                Gregory P. Hansel
                Fla. Bar No. 607101
                PRETI, FLAHERTY, BELIVEAU &
                PACHIOS, CHARTERED, LLP
                One City Center, PO Box 9546
                Portland, Maine 04112
                Telephone: 207.791.3000
                ghansel@preti.com

                *Counsel for Plaintiff*
                *9 Kings Hong Kong Limited*

17743832.3