UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 9:21-CV-81109-DMM

9 KINGS HONG KONG LIMITED,

    Plaintiff,

vs.

BEYOND MASKS, LLC,
SCHIMEON A. FREDERICK, JR., AND
JASON MAY,

    Defendants/Third-Party Plaintiffs,

vs.

UNIFORM ASSOCIATES INC.

    Third-Party Defendant.

**NOTICE OF STRIKING**

    Defendants/Third-Party Plaintiffs, BEYOND MASKS, LLC, SCHIMEON A. FREDERICK, JR., and JASON MAY, hereby file this Notice of Striking of the following filings made with this Court on August 31, 2021: (1) DE# 66 – [Defendants'] Amended Third Party Complaint [Against Uniform Associates Inc.], and (2) DE #67 – Notice of Filing Proposed Summonses.

    Respectfully Submitted,

By:   /s/ James L. Weintraub
      James L. Weintraub, Esquire
      James L. Weintraub, P.A.
      931 NW 9th Court
      Boca Raton, FL  33486
      Office: (561) 452-1233
      Fax: (800) 878-7872

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court CM/ECF system, on all counsel registered to received electronic notices and caused copies of the aforementioned document to be served via first class mail, postage prepaid upon any non-CM/ECF participants.

By: /s/ James L. Weintraub
James L. Weintraub