UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81109-CV-MIDDLEBROOKS/Matthewman

9 KINGS HONG KONG LIMITED,

    Plaintiff,

v.

BEYOND MASKS LLC, SCHIMEON A.
FREDERICK, JR., and JASON MAY,

    Defendants.

_____/

## **FINAL JUDGMENT**

Pursuant to this Court's Order on Motion for Partial Judgment on the Pleadings (DE 89), and this Court's Corrected Order Awarding Damages on Count I and Dismissing Counts II and VI (DE 96), it is hereby **ORDERED AND ADJUDGED** that:

(1) Final judgment is **ENTERED** in favor of Plaintiff 9 Kings Hong Kong Limited against Defendant Beyond Masks LLC as to Count I.

(2) Defendant Beyond Masks LLC is hereby **ORDERED** to pay Plaintiff 9 Kings Hong Kong Limited in the amount of $580,500.

**SIGNED** in Chambers at West Palm Beach, Florida, this 31st day of January, 2022.

*[signature]*

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record