IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

9 KINGS HONG KONG LIMITED,

    *Plaintiff*,

v.

BEYOND MASKS, LLC,
SCHIMEON A. FREDERICK, JR., and
JASON MAY,

    *Defendants*.

Civil Action No. 9:21-cv-81109-DMM

## MOTION TO WITHDRAW

James L. Weintraub, Esquire hereby files this Motion to Withdraw as counsel for Defendant, Jason May, pursuant to S.D. Fla. L.R. 7.1 and 11.1, Rule 4-1.16(b) of the Model Rules of Professional Conduct, and Fla. R. Jud. Admin. 2.505(f), and as grounds therefor, states as follows:

    1.    Undersigned counsel has represented Defendant, Jason May, since the inception of this lawsuit.

    2.    As is evidenced by Mr. May's letter to the undersigned dated April 13, 2022 (attached as Exhibit "1"), he is ready and willing to represent himself at the trial of this matter. Said letter also concedes:

        A.    Undersigned counsel has been unable to properly prepare for the trial of this case due to Mr. May's continual failures to return his telephone calls and to otherwise respond to his inquiries.

        B.    Despite numerous efforts made by the undersigned, Mr. May has failed or otherwise refused to meet with him to assist in the defense of the instant lawsuit as well as to prepare for the trial of this case.

        C.      Mr. May has made it repeatedly clear to the undersigned that he has no desire to spend any time or money searching for documents or participating in necessary strategy sessions with the undersigned.

        D.      Mr. May is aware that the trial of this case is scheduled to begin on May 23, 2022, at 9:00 AM and that 9 Kings is seeking to recover in excess of $600,000.00 from him. Indeed, he has made it abundantly clear that he is not in the financial position to compensate 9 Kings for its alleged damages and is prepared to file a bankruptcy petition, if necessary.

        E.      Despite his repeated promises and assurances, he has failed to pay the undersigned any attorney's fees or costs whatsoever.

3.      Under the foregoing circumstances, it is not appropriate for the undersigned to be compelled to continue defending Mr. May.

4.      Finally, Mr. May has no objection to the undersigned attorney's immediate withdrawal as his attorney of record herein. (See again Exhibit "1".)

5.      Pursuant to Fla. R. Jud. Admin. 2.505(f), Mr. May's last known address, telephone number and e-mail address are as follows:

Jason May<br>
101 Plaza Real South, Suite 203<br>
Boca Raton, FL  33432<br>
(561) 352-5059<br>
<i>jasonmmsid@gmail.com</i>

**WHEREFORE**, it is hereby respectfully requested that this Court enters the proposed form of order attached hereto as Exhibit "2" granting James L. Weintraub's immediate withdrawal as Defendant's, Jason May's, attorney of record in this matter.

**Certificate of Conferral**

Undersigned counsel sent an email at 1:53 PM on April l4, 2022, to Plaintiff's counsel, Laura Lee Barry Wommack and Timothy Bryant, to find out Plaintiff's position with regard to the undersigned's request to withdraw as Mr. May's attorney; however, no response to said email has yet been received by the undersigned.

Dated: April 14, 2022.

Respectfully submitted,

By   /s/ James L. Weintraub
James L. Weintraub
James L. Weintraub, P.A.
931 NW 9th Court
Boca Raton, FL  33486
Office: (561) 452-1233
Fax: (800) 878-7872
Email: jim@jlwpa.com

**Certificate of Service**

I hereby certify that on April 14, 2022, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court CM/ECF system, on all counsel registered to receive electronic notices and caused copies of the aforementioned document to be served via first class mail, postage prepaid upon any non-CM/ECF participants.

By:   /s/ James L. Weintraub
James L. Weintraub