# EXHIBIT 2

# In the Matter Of:

# 9 KINGS HONG KONG LIMITED vs BEYOND MASKS, LLC, et al.

## SCHIMEON A. FREDERICK, JR.

*December 16, 2021*




Court Reporting and Video Conferencing
205 Woodford Street
Portland, ME 04103
www.gandfreporting.com



Case 9:21-cv-81109-DMM   Document 126-2   Entered on FLSD Docket 04/27/2022   Page 3 of 3

9 KINGS HONG KONG LIMITED vs BEYOND MASKS, LLC, et al.
FREDERICK, JR., SCHIMEON A. on 12/16/2021                                Page s 58..61

Page 58

1  A. Yes, I did know that.
2  Q. Why didn't you send the money that you
3     received from Nancy to my clients?
4  A. I don't recall why.
5  Q. You knew it was their money, right?
6  A. Well, it was the money being returned, yes.
7     She was supposed to send more, so --
8  Q. I understand that.  But you owed them more
9     money than you had, correct?
10 A. Agreed.
11 Q. And these were the first two installments you
12    got back, correct?
13 A. Yes.
14 Q. And you had told Nick and Chris that you were
15    going to work to get it back from Nancy, the
16    whole amount, right?
17 A. Right.
18 Q. And you got the first part of the amount, and
19    then you kept it, right?  Right?
20 A. I mean, in the company, yes.
21 Q. Okay.  But Beyond Masks -- and you and James
22    are the owners of the company, right?
23 A. Jason.
24 Q. Sorry, Jason.  You're the owners of the
25    company, right?

Page 59

1  A. Right.
2  Q. So you guys -- the company didn't keep it, you
3     two made the decision to keep it, right?
4  A. Yes.
5  Q. Even though that you knew that the money
6     belonged to my client, right?
7  A. Yes.
8  Q. Now, you said earlier when I asked you about
9     what happened to the $64,000 from an
10    accounting perspective at your company, do you
11    know what happened to the $40,000?
12 A. No, but I can add that on, too.
13 Q. Going back to this due diligence component,
14    what you're telling me about the proof of life
15    or speaking to the vendor and all that, fair
16    to say that you don't have any personal
17    knowledge about any of that?
18    MR. WEINTRAUB:  Objection.
19    THE WITNESS:  Do I still answer?
20    MR. WEINTRAUB:  If you're able to answer.
21    THE WITNESS:  Okay, I got it.  I thought
22    objection --
23    BY MR. BRYANT:
24 Q. That's okay.
25 A. No, I wasn't involved with a lot of that.

Page 60

1  Q. And that would all have been Jason May, right?
2  A. Yes.
3  Q. Who from Beyond Masks assisted in the drafting
4     of this sales and purchase agreement that's
5     marked as Exhibit 1?
6  A. I believe it was sent to us by 9 Kings.  I
7     believe.
8  Q. You understand, and I may be butchering this
9     word, it's spelled differently, but it's
10    superior brand medical nitrile examination
11    gloves are called for under this contract,
12    right?
13 A. Yes.
14    MR. BRYANT:  And just for the record,
15    Pam, superior is spelled S-U-P-E-R-I-E-U-R.
16    BY MR. BRYANT:
17 Q. Right, Mr. Frederick?
18 A. Yes.
19 Q. And nitrile is spelled N-I-T-R-I-L-E, right?
20 A. There's apostrophe over the P.
21 Q. Oh, is there?  Okay.  Yup, there is, I
22    apologize.  I think it's over the E, right?
23    S-U-P-E, with an apostrophe over it,
24    R-I-E-U-R, correct?
25 A. Yes.

Page 61

1  Q. And then nitrile is N-I-T-R-I-L-E, right?
2  A. Yes.
3     MR. BRYANT:  And so, Nancy, just for the
4     record, it's medical grade Superieur brand
5     nitrile powder free examination gloves.
6     BY MR. BRYANT:
7  Q. Did I say that right, Mr. Frederick?
8  A. That sounds correct.
9  Q. Did you even know what medical grade Superieur
10    brand nitrile powder free examination gloves
11    were when you signed this contract?
12 A. Yes, I did.
13 Q. Had you dealt with them before?
14 A. Yeah, we've dealt with Superieur brand before.
15 Q. And when was that?
16 A. Somewhere along our transactions, you know.  I
17    can't -- I don't know which transaction, but I
18    know we've sold Superieur brand nitrile gloves
19    before.
20 Q. Did you or Mr. May tell anybody from 9 Kings
21    that you'd sold them before?
22 A. I haven't.
23 Q. When you signed the contract, just so you
24    understand, I'm not trying to trick you, you
25    didn't ever have possession of these gloves,