IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 9 KINGS HONG KONG LIMITED,<br><br>    *Plaintiff*,<br><br>v.<br><br>BEYOND MASKS, LLC,<br>SCHIMEON A. FREDERICK, JR., and<br>JASON MAY,<br><br>    *Defendants*. | Civil Action No. 9:21-cv-81109-DMM |

## STATUS REPORT

Now Comes Plaintiff, 9 Kings Hong Kong Limited, through undersigned counsel and hereby files this Status Report in accordance with this Court's Order requiring filing of bi-weekly status report filed on May 9, 2022 (DE #134) as follows:

    1.    On Friday, May 13, 2022, pursuant to Fed. R. Civ. P. 45(a)(4), Plaintiff served Pro Se Defendant, Jason May, via email and federal express, a copy of the Rule 45 subpoena referenced in Paragraph #3 herein.  Plaintiff sent the subpoena to Mr. May at the last known address and email address contained in Attorney James Weintraub's Renewed Motion to Withdraw (DE#132), which was filed on May 2, 2022.

    2.    On Monday, May 16, 2022, Plaintiff's counsel were notified that the Federal Express carrier has been unable to deliver the package to Jason May at the address of 101 Plaza Real South, Suite 203, Boca Raton, FL 33432 because Mr. May is no longer at this address. Thereafter, also on Monday May 16th, Plaintiff's counsel sent an email to Attorney Weintraub asking for an updated contact information for Mr. May.

19020466.1

3. On Monday, May 16, 2022, Plaintiff's counsel arranged for service of process a deposition and document subpoena directed to Tiffany Frederick Passmore, which was prepared in accordance with Fed. R. Civ. P. 45.  Plaintiff's counsel has only limited information about her current contact information, so we are using the available publical information to assist the process server.  (Note: Our prior efforts to obtain that information from Attorney Weintraub were not successful.) Despite these hurdles, Plaintiff will do its best to expedite service and proceed with her deposition, so we can create an accurate an inventory of the assets owned by Schimeon Frederick at the time of his passing on February 3, 2022 and who currently owns and controls said assets.

4. Plaintiff has identified and is in the process of retaining a Florida attorney who specializes in estate planning to assist in filing a state court action designed to set up an estate in the name of Schimeon Frederick for the purpose of appearing as a defendant in this case; and to secure possession and control over said assets subject to the outcome of this case.

Dated:  May 16, 2022                                   Respectfully submitted,

*/s/ Gregory P. Hansel*
Gregory P. Hansel
Fla. Bar No. 607101
Timothy J. Bryant (admitted *pro hac vice*)
PRETI, FLAHERTY, BELIVEAU & PACHIOS, CHARTERED, LLP
One City Center, PO Box 9546
Portland, Maine 04112
Telephone: 207.791.3000
ghansel@preti.com
tbryant@preti.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2022, I caused a true and correct copy of the foregoing Status Report to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices and caused copies of the aforementioned document to be served via email and first class mail, postage prepaid upon any non-CM/ECF participants and at the last known address for Pro Se Defendant, Jason May:

Jason May, Pro Se
101 Plaza Real South, Suite 203
Boca Raton, FL 33432
Email address:  JasonMMSID@gmail.com
Phone number:(561) 352-5059

Dated:  May 16, 2022

/s/ Gregory P. Hansel
Gregory P. Hansel
Fla. Bar No. 607101
Timothy J. Bryant (admitted *pro hac vice*)
PRETI, FLAHERTY, BELIVEAU & PACHIOS, CHARTERED, LLP
One City Center, PO Box 9546
Portland, Maine 04112
Telephone: 207.791.3000
ghansel@preti.com
tbryant@preti.com

19020466.1