## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-81109-CV-MIDDLEBROOKS

9 KINGS HONG KONG LIMITED,

      Plaintiff,

v.

BEYOND MASKS, LLC, THE ESTATE
OF SCHIMEON A. FREDERICK, JR., and
JASON MAY,

      Defendants.

_____/

### FINAL CONSENT JUDGMENT

THIS CAUSE comes before the Court upon Plaintiff 9 Kings Hong Kong Limited's and Defendant the Estate of Schimeon A. Frederick, Jr.'s Motion to Enter the Stipulated Final Judgment, filed February 20, 2024. (DE 189). I have carefully considered the proposed Consent Judgment (DE 189-1 at 1) and accordingly it is **ORDERED AND ADJUDGED** that:

(1) Final Judgment shall be entered in favor of 9 Kings Hong Kong Limited and against Defendant the Estate of Schiemon A. Frederick, Jr. on Count IV (Fraudulent Inducement) and Count V (Fraud under Common Law) in the amount of **$580,500.00.**

(2) The Stipulated Final Judgment incorporates by reference the Affidavit of Attorney Jeffrey Skatoff (DE 189-1 at 6) and the highlighted portions of the Deposition Transcript of Schimeon A. Frederick, Jr., (DE 189-1 at 10), which affirm the specific facts made in Plaintiff's Amended Complaint against the Estate of Schimeon A. Frederick, Jr. for fraud, deceit, and civil theft.

(3) By stipulating to this Final Judgment, the Estate of Schimeon A. Frederick, Jr. hereby assigns and transfers to Plaintiff any and all rights, claims, and causes of action that the Estate of Schimeon A. Frederick, Jr. may have against any third party arising out of the facts alleged in the Amended Complaint.

(4) The Stipulated Final Judgment is intended to collaterally estop the Estate of Schimeon A. Frederick, Jr. from denying any of the facts or law established herein, including the sworn admissions of Jeffrey Skatoff, Esq. and the Deposition Testimony of Mr. Frederick referenced herein.

(5) No amendments or modifications of the terms or provisions of this Stipulated Final Judgment shall be valid unless made by order of this Court.

**SIGNED** in Chambers at West Palm Beach, Florida, this 21 day of February, 2024.

DONALD M. MIDDLEBROOKS
UNTIED STATES DISTRICT JUDGE

cc:     Counsel of Record